IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rocky NAVARRO (true name) )
    Petitioner )
    Pro-Se )
    ) No. 94-4113 C.A.
vs )
    ) 8-CR138 D.C.
United States of America )
    Respondent

04-40140

MOTION TO PROCEED BEFORE
THE COURT IN FORMA PAUPERIS

COMES NOW, Rocky NAVARRO, who is before this Court seeking habeas corpus relief pursuant to 28 USC 2241, be he hereinafter be known and referred to as the Petitioner.

Petitioner avers the below and ongoing factual information to support this request to proceed before the Court without cost or fees.

-A-
JURISDICTION

This Honorable Court has the authority to grant this request for Pauperis status pursuant to 28 USC 1915.

-B-
REASONS RELIED UPON FOR RELIEF

1. Petitioner is presently incarcerated without meaningful employment and derives no income from other sources.

2. Petitioner owns no real estate or other tangible property.

3. Petitioner owns no motor vehicles or other made of transportation, be it water or aircraft.,

-2-

4. Petitioner has no checking or savings accounts, nor does he receive income from any investments, pensions or expect any change in his financial condition in the foreseeable future.

5. Petitioner has no vice to advance him the sums of moneys to pursue this civil action at law.

**WHEREFORE**, for all of the reasons set forth in the foregoing motion, your Petitioner prays his relief to be granted.

Respectfully submitted,

Rocky (true name) NAVARRO
Reg. No. 14144-047
FMC Devens
P.O. Box 879
Ayer, MA  01432

## UNSWORN VERIFICATION

I, **Rocky (true name) NAVARRO**, hereby state and affirm th at all of the information contained herein is true and correct to the best of my knowledge, information and belief.

This pronouncement is made subject to the penalties as pro-vided by perjury and **28 USC 1746**.

                                        Respectfully submitted,

                                        _____
                                        Rocky (true name) NAVARRO
                                        Reg. No. 14144-047
                                        FMC Devens
                                        P.O. Box 879
                                        Ayer, MA   01432

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 14144047 | Current Institution: | Devens FMC |
| Inmate Name: | NAVARRO, ROCKY | Housing Unit: | P-CC |
| Report Date: | 07/12/2004 | Living Quarters: | P03-091L |
| Report Time: | 10:36:58 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2379 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 7/9/2004 7:06:22 PM |
| Account Status: | Active |
| ITS Balance: | $5.09 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $480.92 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $480.92 |
| National 6 Months Deposits: | $1,024.25 |
| National 6 Months Withdrawals: | $813.60 |
| National 6 Months Avg Daily Balance: | $373.97 |
| Local Max. Balance - Prev. 30 Days: | $589.32 |
| Average Balance - Prev. 30 Days: | $486.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 12/5/2003 8:26:46 AM | 4JV019 | | Payroll - IPP | $12.00 | $147.52 |
| DEV | 12/6/2003 1:12:05 PM | ITS1206 | | ITS Withdrawal | $(7.00) | $140.52 |
| DEV | 12/8/2003 1:54:52 PM | 4177 | 1079514 | Local Collections | $100.00 | $240.52 |
| DEV | 12/8/2003 2:04:25 PM | 14 | | Sales | $(9.80) | $230.72 |
| DEV | 12/13/2003 12:39:18 PM | ITS1213 | | ITS Withdrawal | $(5.00) | $225.72 |
| DEV | 12/14/2003 5:34:54 PM | ITS1214 | | ITS Withdrawal | $(5.00) | $220.72 |
| DEV | 12/17/2003 1:58:56 PM | 54 | | Sales | $(32.05) | $188.67 |
| DEV | 12/18/2003 2:10:04 PM | 5144 | 1089735 | Local Collections | $50.00 | $258.67 |
| DEV | 12/18/2003 2:10:04 PM | 5145 | 1089735 | Local Collections | $20.00 | $208.67 |
| DEV | 12/20/2003 12:36:56 PM | ITS1220 | | ITS Withdrawal | $(8.00) | $250.67 |
| DEV | 12/22/2003 2:54:42 PM | 5378 | 1089738 | Local Collections | $20.00 | $270.67 |
| DEV | 12/24/2003 5:54:50 PM | ITS1224 | | ITS Withdrawal | $(10.00) | $260.67 |
| DEV | 12/29/2003 8:04:29 PM | ITS1229 | | ITS Withdrawal | $(5.00) | $255.67 |
| DEV | 12/30/2003 1:41:37 PM | 18 | | Sales | $(18.20) | $237.47 |
| DEV | 1/1/2004 6:00:18 PM | ITS0101 | | ITS Withdrawal | $(7.00) | $230.47 |
| DEV | 1/5/2004 12:12:16 PM | 4JV031 | | Payroll - IPP | $12.00 | $242.47 |
| DEV | 1/7/2004 12:55:18 PM | 60 | | Sales | $(11.20) | $231.27 |
| DEV | 1/7/2004 1:40:44 PM | 6775 | 1089755 | Local Collections | $50.00 | $281.27 |
| DEV | 1/7/2004 8:07:43 PM | ITS0107 | | ITS Withdrawal | $(6.00) | $275.27 |
| DEV | 1/10/2004 12:30:59 PM | ITS0110 | | ITS Withdrawal | $(5.00) | $270.27 |
| DEV | 1/14/2004 12:43:35 PM | 6 | | Sales | $(24.70) | $245.57 |
| DEV | 1/17/2004 1:39:32 PM | ITS0117 | | ITS Withdrawal | $(5.00) | $240.57 |
| DEV | 1/19/2004 6:56:03 PM | ITS0119 | | ITS Withdrawal | $(5.00) | $235.57 |
| DEV | 1/28/2004 1:26:36 PM | 61 | | Sales | $(15.15) | $220.42 |
| DEV | 2/4/2004 12:36:41 PM | 36 | | Sales | $(13.80) | $206.62 |
| DEV | 2/4/2004 6:51:07 PM | ITS0204 | | ITS Withdrawal | $(6.00) | $200.62 |
| DEV | 2/5/2004 8:43:52 AM | 4JV043 | | Payroll - IPP | $12.00 | $212.62 |
| DEV | 2/5/2004 7:00:49 PM | ITS0205 | | ITS Withdrawal | $(2.00) | $210.62 |
| DEV | 2/13/2004 1:45:07 PM | 9009 | 1089783 | Local Collections | $100.00 | $330.62 |
| DEV | 2/13/2004 1:45:07 PM | 9010 | 1089783 | Local Collections | $20.00 | $230.62 |
| DEV | 2/14/2004 12:50:59 PM | ITS0214 | | ITS Withdrawal | $(10.00) | $320.62 |
| DEV | 2/17/2004 11:51:19 AM | 17 | | Sales | $(44.55) | $276.07 |
| DEV | 2/20/2004 1:58:55 PM | 9342 | 1089579 | Local Collections | $50.00 | $326.07 |
| DEV | 2/21/2004 | ITS0221 | | ITS | $(6.00) | $320.07 |

## All Transactions

**PRINT**

| Inmate Reg #: | 14144047 | Current Institution: | Devens FMC |
| Inmate Name: | NAVARRO, ROCKY | Housing Unit: | PCC |
| Report Date: | 07/12/2004 | Living Quarters: | P03-091L |
| Report Time: | 10:37:55 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/9/2004 7:06:22 PM | AMService | ITS Withdrawal | ($8.00) | ITS0709 | | $480.92 |
| 7/8/2004 5:16:58 PM | DEV3009 | Sales | ($100.40) | 22 | | $488.92 |
| 7/6/2004 2:27:57 PM | DEV2007 | Local Collections | $100.00 | 17787 | | $589.32 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $12.00 | 4JV117 | | $489.32 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $5.25 | 4JV117 | | $477.32 |
| 6/29/2004 10:11:06 PM | AMService | ITS Withdrawal | ($10.00) | ITS0629 | | $472.07 |
| 6/25/2004 1:54:21 PM | DEV2007 | Local Collections | $50.00 | 17301 | | $482.07 |
| 6/24/2004 5:12:25 PM | DEV3007 | Sales | ($48.85) | 55 | | $432.07 |
| 6/21/2004 9:41:35 PM | AMService | ITS Withdrawal | ($10.00) | ITS0621 | | $480.92 |
| 6/18/2004 1:15:08 PM | DEV2007 | Local Collections | $40.00 | 16913 | | $490.92 |
| 6/17/2004 6:39:13 PM | AMService | ITS Withdrawal | ($5.00) | ITS0617 | | $450.92 |
| 6/17/2004 5:12:47 PM | DEV3006 | Sales | ($9.60) | 54 | | $455.92 |
| 6/17/2004 5:11:35 PM | DEV3006 | Sales | ($40.35) | 53 | | $465.52 |
| 6/14/2004 2:19:44 PM | DEV2004 | Local Collections | $50.00 | 16434 | | $505.87 |
| 6/13/2004 2:35:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0613 | | $455.87 |
| 6/10/2004 8:35:32 PM | AMService | ITS Withdrawal | ($1.00) | ITS0610 | | $460.87 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $54.00 | 4JV102 | | $461.87 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $12.00 | 4JV102 | | $407.87 |
| 6/5/2004 7:22:59 PM | AMService | ITS Withdrawal | ($5.00) | ITS0605 | | $395.87 |
| 5/30/2004 6:19:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0530 | | $400.87 |
| 5/24/2004 1:49:31 PM | DEV2007 | Local Collections | $25.00 | 15341 | | $405.87 |
| 5/22/2004 5:49:35 PM | AMService | ITS Withdrawal | ($6.00) | ITS0522 | | $380.87 |
| 5/20/2004 5:31:29 PM | DEV3006 | Sales | ($43.65) | 68 | | $386.87 |
| 5/14/2004 7:17:10 PM | AMService | ITS Withdrawal | ($1.00) | ITS0514 | | $430.52 |
| 5/13/2004 11:17:13 AM | DEV3007 | Sales | ($49.00) | 5 | | $431.52 |
| 5/11/2004 4:59:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0511 | | $480.52 |
| 5/11/2004 1:12:02 PM | DEV2007 | Local Collections | $100.00 | 14493 | | $485.52 |
| 5/9/2004 6:22:49 PM | AMService | ITS Withdrawal | ($5.00) | ITS0509 | | $385.52 |
| 5/8/2004 11:49:42 AM | AMService | ITS Withdrawal | ($10.00) | ITS0508 | | $390.52 |
| 5/6/2004 11:48:59 AM | DEV3006 | Sales | ($23.65) | 19 | | $400.52 |
| 5/5/2004 9:39:51 AM | DEV2007 | Payroll - IPP | $21.24 | 4JV082 | | $424.17 |
| 5/5/2004 9:39:51 AM | DEV2007 | Payroll - IPP | $12.00 | 4JV082 | | $402.93 |
| 5/3/2004 2:30:39 PM | DEV2005 | Local Collections | $50.00 | 13984 | | $390.93 |
| 5/2/2004 5:46:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0502 | | $340.93 |
| 5/1/2004 12:43:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0501 | | $345.93 |
| 4/24/2004 12:53:19 PM | AMService | ITS Withdrawal | ($10.00) | ITS0424 | | $350.93 |
| 4/22/2004 11:49:47 AM | DEV3007 | Sales | ($35.05) | 22 | | $360.93 |
| 4/17/2004 12:55:37 PM | AMService | ITS Withdrawal | ($7.00) | ITS0417 | | $395.98 |
| 4/15/2004 11:44:27 AM | DEV3006 | Sales | ($43.00) | 23 | | $402.98 |
| 4/12/2004 6:04:19 PM | AMService | ITS Withdrawal | ($5.00) | ITS0412 | | $445.98 |
| 4/11/2004 11:57:23 AM | AMService | ITS Withdrawal | ($5.00) | ITS0411 | | $450.98 |
| 4/9/2004 4:52:39 PM | AMService | ITS Withdrawal | ($8.00) | ITS0409 | | $455.98 |
| 4/9/2004 1:54:24 PM | DEV2007 | Local Collections | $75.00 | 12481 | | $463.98 |
| 4/8/2004 11:53:13 AM | DEV3007 | Sales | ($40.20) | 21 | | $388.98 |
| 4/5/2004 9:17:13 AM | DEV2004 | Payroll - IPP | $12.00 | 4JV068 | | $429.18 |
| 4/5/2004 9:17:13 AM | DEV2004 | Payroll - IPP | $11.76 | 4JV068 | | $417.18 |
| 4/2/2004 8:19:29 PM | AMService | ITS Withdrawal | ($5.00) | ITS0402 | | $405.42 |
| 3/28/2004 1:24:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0328 | | $410.42 |
| 3/27/2004 10:57:29 AM | AMService | ITS Withdrawal | ($5.00) | ITS0327 | | $415.42 |
| 3/25/2004 6:00:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0325 | | $420.42 |
| 3/22/2004 11:34:11 AM | DEV3007 | Sales | ($40.50) | 17 | | $425.42 |
| 3/16/2004 6:09:29 PM | AMService | ITS Withdrawal | ($5.00) | ITS0316 | | $465.92 |
| 3/15/2004 2:21:31 PM | DEV2005 | Local Collections | $100.00 | 10780 | | $470.92 |
| 3/12/2004 5:38:38 PM | AMService | ITS Withdrawal | ($5.00) | ITS0312 | | $370.92 |
| 3/12/2004 1:46:20 PM | DEV2004 | Local Collections | $100.00 | 10712 | | $375.92 |
| 3/7/2004 1:53:16 PM | AMService | ITS Withdrawal | ($2.00) | ITS0307 | | $275.92 |
| 3/6/2004 12:59:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0306 | | $277.92 |
| 3/5/2004 7:32:10 AM | DEV2004 | Payroll - IPP | $12.00 | 4JV055 | | $282.92 |
| 3/2/2004 6:22:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS0302 | | $270.92 |
| 3/1/2004 11:36:37 AM | DEV3006 | Sales | ($48.15) | 14 | | $271.92 |
| 2/21/2004 2:55:26 PM | AMService | ITS Withdrawal | ($6.00) | ITS0221 | | $320.07 |
| 2/20/2004 1:58:55 PM | DEV2006 | Local Collections | $50.00 | 9342 | | $326.07 |