UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ROCKY NAVARRO,                )
        Petitioner,            )
                               )   C.A. No. 04-40140-RWZ
    v.                         )
                               )
UNITED STATES OF AMERICA,      )
        Respondent.            )
```

## SERVICE ORDER

Now before the Court is petitioner's self-prepared petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Accordingly, it is hereby

ORDERED that the Clerk of Court is to serve a copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 upon (1) the office of the United States Attorney; AND (2) Warden David L. Winn, FMC Devens, P.O. Box 880, Ayer, MA 01432; and it is further

ORDERED that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>2nd</u> day of <u>August</u> 2004.

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE