UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROCKY NAVARRO, )
        Petitioner )
)
v. ) C.A NO. 04-40140-RWZ
)
UNITED STATES OF AMERICA, )
        Respondent. )

## MOTION TO DISMISS PETITION FOR A HABEAS CORPUS TO ISSUE FOR THE CORRECTION OF SENTENCE PURSUANT TO 28 U.S.C. 2241

Respondent David L. Winn, Warden of Federal Medical Center, Devens, (the "Respondent") by and through MICHAEL J. SULLIVAN, United States Attorney, District of Massachusetts, and JACK W. PIROZZOLO, Assistant United States Attorney, hereby moves to dismiss Petitioner Rocky Navarro's ("Navarro" or "Petitioner") Petition For A Habeas Corpus To Issue For The Correction of Sentence Pursuant To 28 U.S.C. 2241 (the "Petition"). As grounds for this motion, Respondent states that this Court lacks jurisdiction over Navarro's Petition. The grounds for this motion are further set forth in Respondent's Memorandum in Support of the Motion to Dismiss filed simultaneously herewith.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                    By: _____
                           JACK W. PIROZZOLO
                           Assistant U.S. Attorney

Date: August 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2004 I served a copy of the foregoing motion via first class mail on Petitioner.

<div style="margin-left: 40%;">

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JACK W. PIROZZOLO
Assistant U.S. Attorney

</div>