UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rocky NAVARRO )
    Petitioner )
 )
vs ) C.A. No. 04-40140-RW2
 )
United States of America )
    Respondent )

MOTION FOR EXTENSION
OF TIME TO REPLY TO
UNITED STATES ATTORNEYS
MEMORANDUM TO DISMISS
PETITIONER'S 2241
28 USC MOTION

COMES NOW before the Court, **Rocky NAVARRO**, be he hereinafter known as the Petitioner, at bench in Pro-Se.

Petitioner avers the following factual information to support this motion.

1. That, on July 19, 2004, Petitioner brought before the Court a motion for relief, pursuant to **Title 28 USC 2241**.

2. Petitioner's motion rests upon the sentencing Court enhancing his sentence for "pending" state charges. The charges were later, upon motion of the Federal Bureau of Prisons, dismissed.

3. Petitioner, unbeknown to him until July of 2004, filed the instant petition.

4. Upon order of this Court, **Jack W. PIROZZOLO**, assistant United

States Attorney, on August 23, 2004, filed a lengthy response, providing twenty authorities to support his assertion that **28 USC 2241** cannot provide my requested relief.

5. While it's true that the "exclusive" remedy for testing the validity of judgement and sentence is via avenue of **2255, 28 USC**, it is equally true that the attributes required to bring a successive **2255** motion, <u>i.e.</u> **28 USC 2244** are not available to him in that he can present neither "newly discovered evidence" or a "change of law or rule that is deemed retroactive", **28 USC 2244**.

6. Petitioner, in not being formally trained in the law or application thereof, most respectfully requests sixty (60) additional days to review the authorities relied upon by **Mr. PIROZZOLO** and submit a tranverse founded upon proper, relevant, recent authorities.

7. Petitioner knows of no reason why **Mr. PIROZZOLO** would object to the requested extension of time.

Respectfully Submitted,

Rocky NAVARRO
Reg. No. 14144-047
FMC Devens
P.O. Box 879
Ayer, MA  01432

## UNSWORN VERIFICATION

I, **Rocky NAVARRO**, do depose that, subject to **28 USC 1746**, all of the statements in the foregoing motion are true and correct to the best of my knowledge, information and belief.

                                      Respectfully Submitted,

                                      Rocky NAVARRO
                                      Petitioner
                                        Pro-Se

## CERTIFICATE OF SERVICE

I, **Rocky NAVARRO**, do state that I have served a true copy of the preceeding motion on the persons below listed. Service made by first class mail this _27th_ day of August, 2004.

Honorable Rya W. ZOBEL
United States District Judge
District of Massachusetts
1 Courthouse Way, Chambers
Boston MA  02210

Clerk of the Court
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210

United States Attorney
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA  02210

>Respectfully Submitted,
>
>Rocky NAVARRO
>Reg. No. 14144-047
>FMC Devens
>P.O. Box 879
>Ayer, MA  01432