The Hon. R.W. Zobel
United States District Judge
for the District of Massachussets

April 5, 2005

Re: Rocky (true name) Navarro, pro se
                                petitioner
        v.
    the United States of America
                                respondent

Case No 04-40140

Judge: the Hon. R.W. Zobel

Your Honor,

This enquiry is about the motion sent to your office on September 13, 2004, concerned with the improperly applied (2) point enhancement in the case of the State of Utah v. Navarro No. 311601273.

Petitioner has been without notification since the date above and is wondering if it would be possible to ascertain the outcome of said motion.

Respectfully Submitted

Rocky Navarro

Rocky Navarro, 14144-047
FMC Devens,
P.o. box 879, Ayer, MA, 01432