UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40140-RWZ

ROCKY NAVARRO

v.

UNITED STATES OF AMERICA

MEMORANDUM OF DECISION

June 30, 2005

ZOBEL, D.J.

On July 19, 1994, a federal jury in Nebraska convicted petitioner Rocky Navarro of two counts: (1) possessing 50 grams of cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and (2) using and carrying a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1). The jury also returned a special verdict of forfeiture. Petitioner was sentenced to a total of 228 months' imprisonment. He appealed and on June 26, 1995, the Court of Appeals for the Eighth Circuit affirmed the convictions. Thereafter, he filed a petition under 28 U.S.C. § 2255 which was denied.

Petitioner has now filed a petition in this Court pursuant to 28 U.S.C. § 2241 seeking a correction of his sentence. He states that he received a two-point enhancement at sentencing because he had a charge pending against him in state court. However, that charge was later dismissed and petitioner argues that now he is entitled to a corresponding reduction in his criminal history calculation. Respondent

United States moves to dismiss for lack of jurisdiction. While Section 2255 petitions challenge the legality of a sentence, Section 2241 petitions generally contest the manner, location or conditions of imprisonment. Roccisano v. Menifee, 293 F.3d 51, 57 (2d Cir. 2001); Gonzalez v. United States, 150 F. Supp. 2d 236, 240 (D. Mass. 2001)(citation omitted). Because petitioner is objecting to the length or legality of his sentence and not its execution, his petition is really a second § 2255 petition and not a § 2241 petition. As such, his petition must be filed in the sentencing court. Id. Petitioner was sentenced in Nebraska–not this district. Therefore, this Court lacks jurisdiction and the petition is dismissed.

    Accordingly, Respondent's Motion to Dismiss the petition is allowed.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |