UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROCKY NAVARRO**
    Petitioner

V.

**UNITED STATES OF AMERICA**
    Respondent

CIVIL ACTION

NO.   04CV40140-RWZ

### ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Order dated   6/30/05   summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/1/05
Date

s/ Lisa A. Urso
Deputy Clerk

(